# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VARGAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE<br>DETENTION FACILITY, et al.,<br><br>Respondents. | Case No.  1:26-cv-01761-JLT-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT BARBARA ZALEWSKI-ZARAGOZA AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on March 6, 2026, (Doc. 5), the appointing authority for the Eastern District of California has confirmed that attorney Barbara Zalewski-Zaragoza has been appointed as counsel for Petitioner, effective as of March 12, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court SHALL update the docket to reflect Attorney Barbara Zalewski-Zaragoza, Law Office of Barbara Z. Zaragoza, 1350 Columbia St., Suite 800, San Diego, CA 92102, (619) 713-3572, as counsel for Petitioner in this matter.

2. The Clerk of Court is DIRECTED to serve a copy of this order and the petition on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

1

Dated:   **March 13, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE