# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUIS VARGAS,

      Petitioner,

   v.

WARDEN OF THE MESA VERDE
DETENTION FACILITY, et al.,

      Respondents.

Case No.  1:26-cv-01761-JLT-SKO (HC)

ORDER SETTING BRIEFING SCHEDULE

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus under 28 U.S.C. § 2241. On March 18, 2026, the parties submitted a proposed briefing schedule.

Pursuant to the parties' request, the Court hereby sets the following briefing schedule:

1) Respondent's response to the petition is due on or before March 26, 2026; and

2) Petitioner's reply is due ten (10) days after the response is filed.

IT IS SO ORDERED.

Dated:   **March 19, 2026**                         /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE

1